Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

*Northern* for the
~~Southern~~ District of Georgia

ATLANTA Division

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 2 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Bradley Houston
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Joshua Jones
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.

_____
*(to be filled in by the Clerk's Office)*

**4:26-CV-0144**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your amended complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

## I.  The Parties to This Amended Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the amended complaint.  Attach additional pages if needed.

Name                          Bradley Houston

All other names by which

you have been known:          GDC# 1002573971

ID Number                     HAYS STATE PRISON

Current Institution

Address                       777 underwood Dr.

                              Trion                    GA        30753
                                   City              State      Zip Code

### B.  The Defendant(s)

Provide the information below for each defendant named in the amended complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this amended complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          Joshua Jones

Job or Title *(if known)*     Warden

Shield Number

Employer

Address

                                   City              State      Zip Code
                              ☑ Individual capacity   ☑ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

                                   City              State      Zip Code
                              ☐ Individual capacity   ☐ Official capacity

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of my 8th Amendment right.

Harassment, Retaliation, Violation of my 14 Amendment right.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant in his official capacity on March 17 called me a Faggot grievance writer. Retaliated on me by cutting hair off my face, saying bitches dont have hair on thier face. All because I've completed grievance at other camps.

I Bradley Houston practice Islam and it against my religion to cut all my hair off my Face, According to the Holy coran. Clippard cut my face and I started bleeding. Officers threatend to kill me if I rebeled retaliation.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Events happend at 777 underwood Drive, Trion Georgia 30753. The day was March 17, 2026. Events arose when I was in intake. Warden Joshua Jones Stopped me and said your the Faggot grievance writer. He then told me bitches Dont have hair on thier faces at Hays State prison. Warden Joshua Jones made me sit it the chair with my hand zipped tied and cut all hair off my face. The hair Clippers was so sharp it cut my face and I started bleeding.

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

March M about 1pm - 3:30 pm time frame

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was sexually harassed, Warden Joshua Jones forced me to cut my hair off my face because I completed other grievances at another prison. Also forced me to live in segregation. Hair clippers was so sharp they cut my face and I started bleeding. Before this officers told me they will kill me if I rebeled retaliation when getting of Bus.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Sexual Harassment and sexual Misconduct makes me have Mental Health treatment. My mental english is Injury. A cut on my face from The hair clippers.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive damages for $39,000. dollars
Injuctive reliefe.
Nominal Damages

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hays State Prison

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

According to Standard Operating Procedure Sexual claims that are prea, are not grievable. This S.O.P 208.06

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this amended complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this amended complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Hays State Prison

2.    What did you claim in your grievance? Standard Operating Procedure 208.06
Sexual misconduct / sexual harassment is non-grievable.

Sexual Harassment, Sexual Misconduct

3.    What was the result, if any?

Prea was Alerted

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Allegations of Sexual Abuse / Sexual harassment are Non-grievable SOP 208.06

Prea complaints are Non-grievable

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*Sexual misconduct, Sexual Harassment is not grievable according to, S.O.P*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*SGt Wooton, SGt Thomas*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this amended complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _Bradley Houston_

Defendant(s)   ~~Joshua Jones~~ Kendric Jackson, Tymeerean Wilson

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_Southern District_

3.   Docket or index number

4.   Name of Judge assigned to your case

_Judge Randall Hall_

5.   Approximate date of filing lawsuit

~~August 2021~~    N/A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_The case was Appealed_

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Bradley Houston

Defendant(s)   Jacob Krause,

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

The case was Appealed.

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this amended complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/8/2026

Signature of Plaintiff

Printed Name of Plaintiff    Bradley Houston

Prison Identification #    100257371

Prison Address    777 Underwood Drive Trion Georgia

| Trion | | Georgia | 30753 |
|---|---|---|---|
| | City | State | Zip Code |

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address